**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET- SUITE 620
NEW YORK, NEW YORK 10168

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019
```

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

December 16, 2019

MEMO ENDORSED

ECF filed

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

    Re:    U.S. v. Wang, 18 Cr. 905 (LTW)
             **On consent of the Government, this is a second request on behalf of Defendant Xiao Wang to continue the Pretrial Conference of December 17th for 30 days.**

Dear Judge Swain:

    On consent of the Government, I respectfully request a 30 day adjournment of the December 17th pre-trial conference. The parties are still actively involved in plea negotiations. We anticipate a resolution without a trial by the next court appearance. Finally, the parties further consent to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

    I am available immediately to Your Honor should the Court have questions about this request. My cellular phone number is (917) 751-5754.

    Thank you.

Respectfully submitted,

s/ Richard Palma

Richard Palma (Bar No. rp 4441)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 1/22/20 AT 10:00 AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 1/22/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.
/s/ LTS 12/16/19   DE #99 resolved.
LAURA TAYLOR SWAIN, USDJ

RICHARD PALMA
ATTORNEY AT LAW