# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42 STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR
NEW YORK & FLORIDA

**MEMO ENDORSED**

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

January 16, 2020

**ECF filed**

Honorable Laura Taylor Swain
United States District Judge
U.S. District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-2020

**Re: U.S. v. Wang, 18 Cr. 905 (LTW)**
**With consent of Government, Defendant Xiao Wang requests continuance of January 22nd Status Conference for 60 days.**

Dear Judge Swain:

As Mr. Xiao Wang court assigned counsel, I respectfully make this third request for the continuance of his Status Conference currently scheduled for Wednesday, January 22nd. The Government and I are still actively pursuing a pretrial disposition of this matter which we believe will be resolved in the next 60 days. Finally, the parties content to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161.

I am available immediately to Your Honor should the Court have questions about this request. My cellular phone number is (917) 751-5754.

Thank you.

Respectfully submitted,

s/ Richard Palma

Richard Palma (Bar No. rp 4441)

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 3/18/20 AT 2:30pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 3/18/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE SO ORDERED.

LAURA TAYLOR SWAIN, USDJ  1/16/20

RICHARD PALMA
ATTORNEY AT LAW