

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

**Re:** *United States* v. *Xiao Yu Wang,* et al., 18 Cr. 905 (LTS)

Dear Judge Swain:

    The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for March 18, 2020. Based on conversations with Chambers, the Government understand that the court is available in May 2020. The parties have conferred and are available May 4, 5, 7, 11, 12, and 13, 2020. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

    Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between March 18, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                       by: \_/s/Elizabeth A. Espinosa_____
                          Elizabeth A. Espinosa
                          Assistant United States Attorney
                          (212) 637-2216

THE APPLICATION IS GRANTED. THE CONFERENCE IS ADJOURNED TO 5/12/2020 AT 2:00 P.M. IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 5/12/2020 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. DE # 131 and 133 resolved. SO ORDERED.

/S/ LAURA TAYLOR SWAIN 3/17/2020
LAURA TAYLOR SWAIN, USDJ