**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2020

The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Chambers 1640
New York, NY 10007

## MEMO ENDORSED

Re:   *United States* v. *Xiao Yu Wang,* et al., 18 Cr. 905 (LTS)

Dear Judge Swain:

The Government writes to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for June 12, 2020 for approximately 30 days in light of the COVID-19 pandemic, which has negatively impacted the parties' ability to move the case forward. The Government consulted with defense counsel for each defendant, who consent to the adjournment.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between June 12, 2020 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel for each defendant, who do not object to the exclusion of time.

The application is granted. The conference is adjourned to July 13, 2020, at 3:30 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 7/13/20 outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 6/2/2020
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/Elizabeth A. Espinosa
   Elizabeth A. Espinosa
   Assistant United States Attorney
   (212) 637-2216